IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMOND EDWARD HARRISON, SR.**                                             **PLAINTIFF**

v.                                                                  **CAUSE NO. 1:14CV407-LG-RHW**

**DR. R. WOODALL; WILLIAM
DARR, JR.; and RICHARD LEWIS**                                          **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [30] entered by United States Magistrate Judge Robert H. Walker, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation [30] entered by United States Magistrate Judge Robert H. Walker, be, and the same hereby is, **ADOPTED** as the finding of this Court. The plaintiff's cause of action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 31st day of August, 2015.

                                                                      s/ *Louis Guirola, Jr.*
                                                                      LOUIS GUIROLA, JR.
                                                                      CHIEF U.S. DISTRICT JUDGE